FILED

OCT 06 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK

United States District Court

Eastern District of North Carolina

Western Division

1983 Prisoner Complaint

5:26-CT-3311-D

Offie Brown Jr., Plaintiff, — 0818196 Prisoner ID — Pro Se

v.

Donald Trump, Joe Biden, Wes Moore, Margarette Schroeder, NC Dept of Public Safety, Sgt Nobles, NC Dept of Transportation, Sgt Combs, Defendants.

Jury Demand?
☑ Yes
☐ No

COMPLAINT

☑ 1983 Prisoner Complaint

State, municipal, local

☑ Action under "Bivens and Six Unknown Federal Narcotics Agents" Federal Defendants

PLAINTIFF

Otis C. Brown, Jr.

Name

081894

Prisoner ID

Central Prison

Institution

P.O. Box 247

Address

Phoenix MD 21131

City State Zip Code

☑ State detainee awaiting trial

DEFENDANT(S) INFORMATION

Defendant 1: Donald Trump

Name

President of the United States

Current Job Title

1600 Pennsylvania Avenue

Current Work Address

Washington DC

City State Zip Code

Capacity in which being sued: ▫ Individual ▫ Official ✓ Both

Defendant 2: Joe Biden

Name

Former President of the United States

Current Job Title

Current Work Address

City State Zip Code

Capacity in which being sued: ▫ Individual ▫ Official ✓ Both

DEFENDANT(S) CONTINUED

Defendant 3: Elon Musk

Name

Founder/Owner Tesla, SpaceX, X

Current Job Title

Current Work Address

City State Zip Code

Capacity in which being sued: ○ Individual ▫ Official ☒ Both

Defendant 4: NC Dept of Public Safety

Name

NC Dept of Public Safety

Current Job Title

831 W. Morgan Street

Current Work Address

Raleigh NC 27699

City State Zip Code

Capacity in which being sued: ○ Individual ▫ Official ☒ Both

DEFENDANT(S) CONTINUED

Defendant 5: Sgt. Combs

Name

Sargent at Central Prison

Current Job Title

1300 Western Blvd.

Current Work Address

Raleigh NC 27606

City State Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Defendant 6: Margarette Schroeder

Name

Triage Nurse at Carolina East Medical Center

Current Job Title

Current Work Address

New Bern NC 28560

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

DEFENDANT(S) CONTINUED

Defendant 7: NC Dept of Transportation

Name

NC Dept of Transportation

Current Job Title

Current Work Address

NC

City State Zip Code

Capacity in which being sued: ○ Individual ○ Official ☑ Both

Defendant 8: Sgt. Nobles

Name

Sergent at Maury Correctional Institution

Current Job Title

2358 Moore Rouse Road

Current Work Address

Hookerton NC 27554

City State Zip Code

Capacity in which being sued: ☑ Individual ○ Official ○ Both

STATEMENT OF CLAIM

Place(s) of occurrence: Maury Correctional Institution (Carow hall)
Central Prison, Carolina East Medical Center, 4267 Brandon Ave,
Farmville, NC 27828

Date(s) of occurrence: 12/2018, 6/2018, 6/2025

Federal Statutory Rights Violated:
Negligence, Copyright Infringement, stabbed, Discrimination,
Property Theft

FACTS

Who did what to you?
Donald Trump, Joe Biden, and Elon Musk ordered me and my mentor and business partner, Mr. Ben Williford who was an undergraduate of Duke University and former JP Morgan Chase Wealth Management Advisor locked up for murder and wrongly assassinated after they obtained our papers that were in my property but was confiscated by officers at Central Prison me transported to Central Prison from Maury CI for mental health issues. In my property unlawfully obtained by officers were notarized names of companies doing business in among other sectors, energy, construction, outer space weapons development, IT, and finance. There were also Assumed Business Name Certificate documents which the Craven County Register of Deeds filed upon my submission, payment, and request. Mr. Ben Williford was stabbed and killed in 6/2018 and in 12/2018 I was stabbed on Maury CI [illegible] when all

offenders are supposed to go through cafeteria's metal detector before being allowed into cafeteria. Sgt. Nobles, the officer and employee of the NC Dept of Public Safety who they promoted and put in charge of the cafeteria was negligent not passing inmates through metal detector so an inmate was permitted into chow hall and that inmate did have on his person a metal shank and that inmate did stab me in the back numerous times and was practically given the chance to murder me before officers intervened. Because of the stabbing I am now paralyzed from my waist down and slowly becoming paralyzed through my upper body as well. After my stabbing I was taken to UNC Health in Chapel Hill, NC + underwent an invasive operation to cut off the debilitation to my body the stabbing caused, but it didn't work. Before my stabbing I wrote the NC Dept of Labor for details as to how I might advance in the construction industry asking for the address of the NC General Contractor's Licensing Board. Ms. Jill F. Cramer, General Counsel for the NC Dept of Labor responded in a letter dated 5/24/18 giving me the address. Because of my paralysis due to my stabbing I cannot pursue my advancement any longer neither my goals in among other sectors IT in which I wrote a letter to Craven Community College before I was stabbed requesting information about their IT program. Ms. Laureen Butler the school's Guidance Counselor responded giving me the school's IT Plan

of Study dated 10/31/18. Joe Biden, with no background in construction after my letter from Mr. Cramer was stolen by officers at Central Prison, used for his 2020 Presidential campaign slogan "Build Back Better." Elon Musk's cybertruck is a copy of my truck I had designed and drawn on paper but never got notarized. Also stolen by officers was my CHERRY HOSPITAL CHRONIC MEDICAL PROBLEMS AND PAST MEDICAL/SURGICAL HISTORY REPORT showing it is indeed the stabbing I was a victim of in 2018 that caused my paralysis. This year 2026 Central Prison officers (Sgt. Conley) misplaced my property twice. I am extremely upset. I've seen other inmates get their property with just the inmates verbal request, but they make me go through so many hoops and I still can't get my property. This is property that would incriminate defendants Donald Trump, Joe Biden, and Elon Musk and the other defendants. I am still in custody at Central Prison being treated horribly and I am not sure whether I'll die in prison for something I didn't do. In 2012 I was framed for 2nd degree Kidnapping, Assault on an Emergency Personnel, and Sexual Battery by Nurse Marguerette Schroeder and the New Bern Police Dept. I did not commit any of these vicious crimes and am fighting to clear my name (proof enclosed). As a devout Christian singer/songwriter/author who works tirelessly to promote the gospel of Jesus Christ, I have been sidetracked greatly. My father, Ollie C. Brown, Sr., is the late founder/pastor of Highways and Hedges Revival Centers. I must get back in the streets preaching and witnessing

What happened to you?

After inmate Ben Williford and I began forming the infrastructure of our conglomerate it being a company that sought to employ ex-felons due to the issues most felons have finding work upon their release from prison, our conglomerate being involved in among other sectors energy, construction, outer space weapons development, IT, [redacted] entertainment, finance, I was stabbed and Mr. Williford was killed. We are the victims of the defendants attempt to infringe on our copyrights. Eliminate the traces of their attempt to infringe me black them racist. They are angry because I am a black man doing all of this.

Where did it happen to you?

Maury Correctional Institution, Central Prison, Carolina East Medical Center, 4267 Brandon Avenue, Farmville, NC 27828

When did it happen to you?

12/2018, 6/12/2026, 6/2018, 5/2012

What was your injury?

Joe Biden is a politician, Donald Trump is violent, and Elon Musk is greedy. My brother, Brandon Rashard Brown Sr told me in a dispute I had with him over why he wore the ominous color black all of the time, "I represent black to the fullest." He represents black to the fullest. That's what he said. My brother has been convicted twice of trafficking cocaine and once of possession of a stolen firearm. He has 4 children by 2 different women, all whose names begin with B-R. My daughter's name her mom came up with. Before her birth her mother asked me to come up with how to spell it. It was Briay but I spelled it unaware of her mom's intentions then, Bariyah. That's the spelling that I had put on her birth certificate. Not to be outdone, my daughter's mother, the State of North Carolina, and the NC Dept of Transportation names a street after that criminal and my daughter and her mom now stays there. Their address is 4267 Brandon Avenue, Farmville, NC 27828. I want it renamed. Everywhere I am in the world someone is saying the B-R around me (proof enclosed). Due to stabbing I am now afflicted with muscle spasticity, neurological damage done, spinal cord damage, swollen legs ankles, and feet, wheelchair bound for the last 8 years, hands hurt, back problems and abdomen painful to the touch, paralyzed from the waist down, knees swollen and in pain. Help, I can barely move. I am not sure how defendants got a hold of my work. Perhaps when Central Prison confiscated it they submitted to government in this city and he to defend

ADMINISTRATIVE PROCEDURES

Have you filed a grievance concerning the facts relating to this complaint? Yes

Is the grievance process completed? No

If no explain why not

I've gave Central Prison 15 calendar days to respond and return to me my property. They haven't. No grievance process can remedy my stabbing.

RELIEF

Due to my papers, research, and business plans confiscated, for medical bills and lost work and wages as my career in construction, outer space weapons development, Christian arts and entertainment, IT, energy my oil company's name filed XLR8 Petroleum, my construction company's name filed Curtis Brown, Jr. Roofing and Repair and other company names filed by the Craven County Register of Deeds mine whose income would be in the trillions as the demand for these goods and services increased exponentially over the past 2 years now abruptly stunted due to my paralysis because of my stabbing, for my painful muscle spasms, restless legs, swollen legs, ankles, and feet, for the spinal cord and neurological damage done, and pain and suffering I ask the court order defendants pay me $2.5 billion in compensation, all court costs, and/or what is reasonable to the Court.

COMPLAINT HISTORY

Have you ever filed a complaint in federal or state court? If yes, how many?

1

Offie Brown, Jr. v. NC Dept of Public Safety, et al.

United States District Court / Eastern District of North Carolina

Negligence, Police Brutality, Harrassment

Dismissed

Judge Louis Wood Flanagan

5:22-CT-3165-FL

~~[illegible]~~ CERTIFICATION AND WARNING

~~[illegible]~~

~~[illegible]~~

Offie C. Brown, Jr.

Name

0818194

Prisoner ID

Central Prison

Institution

PO Box 247

Address

Phoenix MD 21131

City State Zip Code

3100

Institution Number

Offie C. Brown Jr.

Signature

9/28/26

Date